

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 17, 2020

**BY EMAIL**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States* v. *Samuel Turner*, 20 Mag. 12803

Dear Judge Davison:

    The Government respectfully requests that the complaint in the above-referenced case be unsealed.

So ordered 12/17/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Lindsey Keenan
Assistant United States Attorney
(914) 993-1907