UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Samuel Turner
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-mj-12803

Defendant Samuel Turner hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

_____     _____
Defendant's Signature    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

SAMUEL TURNER                 DEVERAUX CANNICK
Print Defendant's Name              Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/17/20
Date                      U.S. District Judge/U.S. Magistrate Judge