# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: April 30, 2021

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                Plaintiff                     **SCHEDULING ORDER**

    -against-                                  7:20-mj-12803

Samuel Turner
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a waiver of indictment/arraignment on an information for 5/4/2021 at 3 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: April 30, 2021
        White Plains, New York

                                            SO ORDERED:

                                            s/      PED
                                            _____

                                            PAUL E. DAVISON
                                            United States Magistrate Judge